No. 03–1645. IN RE GREEN;
No. 03–10052. IN RE JOHNSON;
No. 03–10356. IN RE MORGAN;

No. 03–10373.   IN RE COLE;
No. 03–10509.   IN RE RIVAS;
No. 03–10578.   IN RE THOMAS;
No. 03–10708.   IN RE GRICCO;
No. 03–10864.   IN RE TAYLOR;
No. 03–10942.   IN RE CROSBY;
No. 03–10992.   IN RE SMITH;
No. 03–11027.   IN RE VALLEY;
No. 04–5083.   IN RE KOGER;
No. 04–5358.   IN RE JOHNSON;
No. 04–5363.   IN RE COLLINS;
No. 04–5372.   IN RE PRI-HAR; and
No. 04–5411.   IN RE HODGES.   Petitions for writs of mandamus denied.